# United States Court of Appeals
## For the First Circuit

No. 09-1529

UNITED STATES,

Appellee,

v.

DARREN FRANKLIN,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on January 5, 2011 is amended as follows:

On p.5, line 9, add the following footnote after "MacLaughlin": "The record includes both McLaughlin and MacLaughlin as spellings of the detective's name; we choose the more frequently occurring MacLaughlin."  Renumber footnotes 2-6.

On p.7, line 20, and on p.8, line 1, "McLaughlin" should be "MacLaughlin".